UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE, | No. 2:14-cv-1289 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO PUBLIC DEFENDER'S OFFICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action seeking relief under 42 U.S.C. § 1983. On October 2, 2014, the court recommended a summary dismissal of plaintiff's complaint and this action, granting plaintiff twenty-one days to file objections. ECF No. 10. Plaintiff has not filed objections, instead seeking a six-month stay or continuance to "present a meaningful case." ECF No. 11. In recommending the summary dismissal of this action, the undersigned made clear that she could discern no manner in which the complaint's defects could be cured by amendment. In the pending request, plaintiff does not dispute this finding or address it in any fashion whatever. Rather, plaintiff complains that while he was housed in jail in Sacramento County he was denied access to the law library. He states that now that he is in special needs custody in reception in state prison, he has only been allowed two visits to the library.

1

Plaintiff provides no colorable basis for a stay or continuance. The court will construe plaintiff's request as one for an extension of time to file objections to the recommendation for summary dismissal, which the court will permit.

Accordingly, IT IS ORDERED that:

1. Plaintiff's request for a stay or continuance, ECF No. 11, construed as a request for an extension of time, is granted;

2. Plaintiff is granted sixty days to file objections to the findings and recommendations filed on October 2, 2014; (ECF No. 10) and

3. There will be no further extension of time.

DATED: November 4, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2