UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE, | No. 2:14-cv-1289 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO PUBLIC DEFENDER'S OFFICE, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 2, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 10. Plaintiff was granted a sixty-day extension of time to file objections to the findings and recommendations. ECF No. 13. Plaintiff has failed to do so.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 2, 2014, are adopted in full; and
2. This action is dismissed without leave to amend for failure to state a claim.

Dated: January 14, 2015

Troy L. Nunley
United States District Judge